FILED  
United States Court of Appeals  
Tenth Circuit  

October 10, 2025  

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

―――――――――――――――――――――

| | |
|---|---|
| MAX LANCASTER, by and through Jan Green, next of friend and attorney-in-fact, et al.,<br><br>　　Plaintiffs - Appellants,<br><br>v.<br><br>JEFFREY CARTMELL, Director of Oklahoma Department of Human Services, in his official capacity, et al.,<br><br>　　Defendants - Appellees. | No. 25-6000<br>(D.C. No. 5:24-CV-00842-J)<br>(W.D. Okla.) |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

This matter is before the court on Appellees' *Joint Motion for Summary Disposition in Light of Medina v. Planned Parenthood South Atlantic* and *Appellants' Response to Appellees' Joint Motion for Summary Disposition and Brief in Support*. At the specific direction of the panel of judges who will hear oral argument in, and decide the merits of, this appeal, Appellees' joint motion is DENIED. Oral argument will proceed as scheduled.

　　　　　　　　　　　　　　　　Entered for the Court,

　　　　　　　　　　　　　　　　CHRISTOPHER M. WOLPERT, Clerk